UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHNNY D. ORUM,

    Plaintiff,

v.                                        Case No. 2:16-CV-109

DAVID LEACH, et al.,                HON. GORDON J. QUIST

    Defendants.
                           /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 8, 2017, Plaintiff moved for a preliminary injunction requiring Defendants to "provide[] and serve[] specially prepared Kosher for Passover trays during Passover 2017." (ECF No. 35 at PageID.189.) On February 17, 2017, Defendants moved for summary judgment, arguing that Plaintiff had failed to exhaust his administrative remedies. (ECF No. 39.) On May 8, 2017, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation recommending that this Court deny both motions. (ECF No. 76.)

Only Plaintiff timely filed an objection. (ECF No. 81.) Because Passover was celebrated in April of this year, Plaintiff's motion for a preliminary injunction is now moot.

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 76) will be **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction (ECF No. 35) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 39) is **DENIED**.

Dated: August 8, 2017                                      /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE