UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JOHNNY D. ORUM,

    Plaintiff,

v.    Case No. 2:16-CV-109

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,    HON. GORDON J. QUIST

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 8, 2019, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R) recommending that the Court deny Plaintiff's motion for a preliminary injunction. The Court has reviewed the R & R. The R & R was sent to Plaintiff on April 8, 2019. No objections have been filed pursuant to 28 U.S.C. § 636(b).[1] Therefore, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the April 8, 2019, Report and Recommendation (ECF No. 173) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction (ECF No. 159) is **DENIED** for the reasons set forth in the R & R.

Dated: May 10, 2019                      /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE

---

[1] Additionally, the Court notes that Plaintiff sought a preliminary injunction directing Defendants to provide him Kosher meat for Passover meals between April 19 and 28, 2019. Thus, in any event, Plaintiff's motion would be moot.