UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

JOHNNY D. ORUM #417988,

    Plaintiff,                                  Case No. 2:16-CV-109

v.                                                     HON. GORDON J. QUIST

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 7, 2021, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R), recommending that the Court grant Defendants' motion for judgment on the pleadings. (ECF No. 202.)  The Court has reviewed the R & R.  No objection has been filed pursuant to 28 U.S.C. § 636(b).  Thus, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that the April 7, 2021, Report and Recommendation (ECF No. 202) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion (ECF No. 198) is **granted** for the reasons set forth in the R & R.  Therefore, Plaintiff's RLUIPA claims against Defendants Leach, Woods, Rink, Derry, and Metro are **dismissed with prejudice**.

The remaining claims for trial are Plaintiff's retaliation claims against Defendants Osborn, Bergeron, and Perry.

Dated: April 27, 2021                                           /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE